U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. - Atlanta

DEC - 4 2018

By: James N. Hatten, Clerk
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

FARAMARZ SHAHI SAVANDI

**Agent to Arrest**

Indictment/Information

1:18CR473

UNDER SEAL

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Nathan P. Kitchens
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ___.

_____
Clerk

By _____
Deputy Clerk

ISSUED AND RELEASED
TO USM
12/6/2018
BY: _____ Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94